**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 7TH JUDICIAL DISTRICT        :   No. 43 MM 2020
DECLARATION OF JUDICIAL           :
EMERGENCY  (BUCKS COUNTY)      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of August, 2021, the Application for Relief, which seeks permission for the President Judge of the Court of Common Pleas of Bucks County to suspend temporarily certain procedural rules, subject to state and federal constitutional requirements, is GRANTED, IN PART.

     The President Judge of the Court of Common Pleas of Bucks County is authorized to suspend Rule of Criminal Procedure 600, as well as state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings, through October 1, 2021.

     Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

     In all other respects, the Application for Relief is DENIED.